**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-7156

TOMMY RAY ROBINSON,

Plaintiff - Appellant,

versus

HOWARD COUNTY POLICE DEPARTMENT; POLICE CHIEF;
KELLY SMITH, Officer; RICHARD RUTLEDGE, Offi-
cer; M. T. HARDING, Officer; MICHAEL PRICE,
Officer; UNIDENTIFIED MD STATE TROOPER; V.
WILLIAM, Officer,

Defendants - Appellees,

and

THOMAS M. MARTIN, Detective; RICHARD WITTE,
Detective; NORMAN SNYDER, Detective; K-9 DINO;
MICHAEL MARTIN, Officer; SUSAN REIDER, Offi-
cer; VICTORIA PLANK, Officer; KEITH FISHER,
Officer, WILLIAM SEIFERT, Officer; NATHAN
RETTIG, Officer,

Defendants.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Andre M. Davis, District Judge. (CA-94-
393-AMD)

Submitted: December 17, 1998          Decided: January 6, 1999

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Tommy Ray Robinson, Appellant Pro Se. Barbara McFaul Cook, County Solicitor, Rebecca Ann Laws, COUNTY SOLICITOR'S OFFICE, Ellicott City, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Tommy Ray Robinson appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Robinson v. Howard County Police Dep't, No. CA-94-393-AMD (D. Md. July 13, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED